FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AFP INTERNATIONAL, LLC d/b/a ADVANTAGE FITNESS PRODUCTS, <br><br> Defendant. | Case No. <br><br> 08CV1043 <br> JUDGE HOLDERMAN <br> MAGISTRATE JUDGE BROWN |

**NOTICE OF FILING TRADEMARK INFRINGEMENT COMPLAINT**

Pursuant to Local Rule of Court 3.4, plaintiff Anywhere, Anytime Fitness Systems, LLC ("Fitness Systems") hereby files this Notice of Filing Trademark Infringement Complaint. The parties in this action are (1) Fitness Systems, c/o Mullen Law Firm, 3501 N. Southport Ave., #206, Chicago, IL 60657 and (2) AFP International, LLC d/b/a Advantage Fitness Products ("AFP"), 10131 National Boulevard, Los Angeles, California 90034. The trademark registration at issue in this case is United States Trademark Registration No. 2832469 for the mark "Traveling Trainer".

Respectfully submitted,

Edward B. Mullen III
MULLEN LAW FIRM
3501 N. Southport Ave.
Suite 206
Chicago, IL 60657
(312) 235-6591 (tel.)
(312) 265-6747 (fax)