IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC, ) ) ) | |
| Plaintiff, ) ) | Case No. 08cv1043 |
| vs. ) ) | Honorable Judge Holderman |
| AFP INTERNATIONAL, LLC d/b/a ADVANTAGE FITNESS PRODUCTS, ) ) ) | Magistrate Judge Brown |
| Defendant. ) ) | |

_____

**AGREED MOTION TO EXTEND THE TIME IN WHICH AFP INTERNATIONAL MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC**
_____

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant AFP International ("AFP") respectfully requests an extension of time until and including March 31, 2008, within which to answer or otherwise plead. In support of its motion, AFP states as follows:

1.  AFP was served with plaintiff's complaint on February 26, 2007. AFP's answer would be due on March 17, 2008.

2.  Plaintiff's counsel Edward B. Mullin III agreed to an extension of the date by which AFP is to answer or otherwise plead until and including March 31, 2008.

3.  AFP will submit a proposed order to the Court via email in accordance with the Court's Standing Orders.

AFP respectfully requests an extension of time until and including March 31, 2008, within which to file its Answer or other responsive pleading.

Dated: March 12, 2008               By: */s/ Julianne M. Hartzell*
                                    Jeffrey H. Dean
                                    Julianne M. Hartzell
                                    Gregory J. Chinlund
                                    MARSHALL, GERSTEIN & BORUN LLP
                                    6300 Sears Tower
                                    233 South Wacker Drive
                                    Chicago, IL 60606-6357
                                    (312) 474-6300

                                    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I, Julianne M. Hartzell, one of the attorneys for defendant AFP International, LLC, hereby certify that on this 12th day of March, 2008, I caused a copy of the foregoing AGREED MOTION TO EXTEND THE TIME IN WHICH AFP INTERNATIONAL MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC to be submitted electronically to the Court's Electronic Case Filing System which generates a Notice of Electronic Filing that constitutes service to all Filing Users under Fed. R. Civ. P. 5(b)(2)(D).

  Mr. Edward B. Mullen III
  MULLEN LAW FIRM
  3501 N. Southport Avenue
  Suite 206
  Chicago, Illinois 60657
  Tel:  (312) 235-6591
  Fax:  (312) 265-6747

            */s/ Julianne M. Hartzell*
            Julianne M. Hartzell