IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC, )<br>)<br>        Plaintiff,     )<br>)<br>    vs.     )<br>)<br>AFP INTERNATIONAL, LLC d/b/a )<br>ADVANTAGE FITNESS PRODUCTS, )<br>)<br>        Defendant.     )<br>) | Case No. 08cv1043<br><br>Honorable Judge Holderman<br><br>Magistrate Judge Brown |

**NOTICE OF AGREED MOTION TO EXTEND THE TIME IN WHICH AFP INTERNATIONAL MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC**

**TO:**   Mr. Edward B. Mullen III
    MULLEN LAW FIRM
    3501 N. Southport Avenue
    Suite 206
    Chicago, Illinois 60657

    Please take notice that on Tuesday, March 25, 2007, at 9:00 a.m. Defendant AFP International will present the Agreed Motion to Extend the Time in which AFP International May Answer or Otherwise Respond to the Complaint of Anywhere, Anytime Fitness Systems, LLC before the Hon. Chief Judge James F. Holderman in room 2541 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.  A copy of the motion has been served separately.

|  |  |
|---|---|
| Dated: March 12, 2008 | By: */s/ Julianne M. Hartzell*<br>Jeffrey H. Dean<br>Julianne M. Hartzell<br>Gregory J. Chinlund<br>M<small>ARSHALL</small>, G<small>ERSTEIN</small> & B<small>ORUN</small> LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>(312) 474-6300<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I, Julianne M. Hartzell, one of the attorneys for defendant AFP International, LLC, hereby certify that on this 12th day of March, 2008, I caused a copy of the foregoing NOTICE OF AGREED MOTION TO EXTEND THE TIME IN WHICH AFP INTERNATIONAL MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC to be submitted electronically to the Court's Electronic Case Filing System which generates a Notice of Electronic Filing that constitutes service to all Filing Users under Fed. R. Civ. P. 5(b)(2)(D).

> Mr. Edward B. Mullen III
> MULLEN LAW FIRM
> 3501 N. Southport Avenue
> Suite 206
> Chicago, Illinois 60657
> Tel:  (312) 235-6591
> Fax:  (312) 265-6747

*/s/ Julianne M. Hartzell*
Julianne M. Hartzell