**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Anywhere, Anytime Fitness Systems, LLC
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−01043
                                    Honorable James F. Holderman

AFP International, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

    MINUTE entry before Judge Honorable James F. Holderman: Defendant AFP International, LLC's motion for extension of time to file answer [9] is granted; defendant is given until 3/31/2008 to answer or otherwise plead to the complaint. If motion is filed, it should be notice for 4/8/2008 at 9:00 AM. Status hearing set for 4/8/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.