## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Anywhere, Anytime Fitness Systems, LLC
                                             Plaintiff,

v.                                                                 Case No.: 1:08−cv−01043
                                                                Honorable James F. Holderman

AFP International, LLC
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 4/8/2008 and is continued for 5/1/2008 at 9:00 AM. Parties are to meet and prepare Form 35 for filing by 4/29/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.