## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Anywhere, Anytime Fitness Systems, LLC
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−01043
                                        Honorable James F. Holderman

AFP International, LLC
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

    MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 5/1/2008 and is continued to 7/1/2008 at 9:00 AM to set further schedule. Limited damages discovery ordered closed by 6/30/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.