UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC, ) ) ) | |
| ) | Case No. 08C 1043 |
| Plaintiff, ) ) | |
| ) | Judge Holderman |
| v. ) | Magistrate Judge Brown |
| ) | |
| AFP INTERNATIONAL, LLC d/b/a ) ADVANTAGE FITNESS PRODUCTS, ) ) | |
| Defendant. ) ) | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Anywhere, Anytime Fitness Systems, LLC ("Fitness Systems"), hereby notifies Defendant AFP International, LLC ("AFP") that it accepts the Offer of Judgment dated May 19, 2008.

Dated: May 30, 2008.

_____
Edward B. Mullen III
MULLEN LAW FIRM
3501 N. Southport Ave.
Suite 206
Chicago, IL 60657
(312) 235-6591 (tel.)
(312) 265-6747 (fax)

## CERTIFICATE OF SERVICE

I certify that on this day of May 30, 2008, I caused a copy of the foregoing NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT to be delivered via email and U.S. mail to:

Julianne M. Hartzell
Marshall, Gerstein & Borun, LLP
233 S. Wacker Dr.
6300 Sears Tower
Chicago, IL 60606-6357
jhartzell@marshallip.com

Edward B. Mullen III