IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANYWHERE, ANYTIME FITNESS SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AFP INTERNATIONAL, LLC d/b/a ADVANTAGE FITNESS PRODUCTS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 08cv1043 <br><br> District Judge Holderman <br><br> Magistrate Judge Brown |

**OFFER OF JUDGMENT**

Pursuant to Fed.R.Civ. P. 68, Defendant AFP International, LLC ("AFP"), offers to allow judgment to be entered against it in this case on the following terms:

1)  AFP shall pay to the plaintiff the sum of seventy-five hundred dollars ($7500.00) to satisfy Plaintiff's demand for damages, fees, and costs.

2)  The court shall enter an order enjoining AFP from selling a Personal Fitness Studio product that is marked with or advertised using the mark "travelTRAINER" or "travTRAINER."

If this Offer on behalf of AFP is not accepted within ten days in accordance with Rule 68, then, upon entry of judgment more favorable to AFP than the terms set forth in this Offer, AFP

will seek recovery of all attorneys fees and costs it has expended in defending this case from this time forward.

Dated: May 19, 2008

By: *Julianne Hartzell*
Jeffrey H. Dean
Julianne M. Hartzell
Gregory J. Chinlund
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
jdean@marshallip.com

Counsel for Defendant
AFP INTERNATIONAL, LLC

## CERTIFICATE OF SERVICE

      I, Julianne Hartzell, one of the attorneys for defendant AFP International, LLC, hereby certify that on this 19th day of May, 2008, I caused a copy of the foregoing OFFER OF JUDGMENT to be delivered via email and U.S. mail on

      Mr. Edward B. Mullen III
      MULLEN LAW FIRM
      3501 N. Southport Avenue
      Suite 206
      Chicago, Illinois 60657
      Tel: (312) 235-6591
      Fax: (312) 265-6747
      ed_mullen@mac.com

                                  /s/ Julianne Hartzell
                                  Julianne Hartzell