## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Anywhere, Anytime Fitness Systems, LLC

                  Plaintiff,

v.                                      Case No.: 1:08−cv−01043
                                         Honorable James F. Holderman

AFP International, LLC

                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 7/1/2008; counsel for the plaintiff fails to appear. Judgment will enter on the notice of acceptance. IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff in the amount of $7500.00. Further, the defendant is enjoined from selling a Personal Fitness Studio product that is marked with or advertised using the mark "travelTRAINER" or "trav−TRAINER." Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.