# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Anywhere, Anytime Fitness Systems, LLC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1043 |
| AFP Internatinal, LLC d/b/a Advantage Fitness Products | |

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff in the amount of $7500.00. Further, the defendant is enjoined from selling a Personal Fitness Studio product that is marked with or advertised using the mark "travelTRAINER" or "trav-TRAINER."

Michael W. Dobbins, Clerk of Court

Date: 7/1/2008

/s/ Alyce Mobley-Morris, Deputy Clerk